Same case below, 648 F.3d 940.

**No. 11-7443. Gregory Leon Palmer, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1051, 181 L. Ed. 2d 772, 2012 U.S. LEXIS 163.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7454. Dwayne Calais, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1051, 181 L. Ed. 2d 772, 2012 U.S. LEXIS 268.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 428 Fed. Appx. 661.

**No. 11-7458. Julian Salazar, Petitioner v. United States.**

565 U.S. 1132, 132 S. Ct. 1051, 181 L. Ed. 2d 772, 2012 U.S. LEXIS 120.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 654 F.3d 753 and 436 Fed. Appx. 639.

**No. 11-7461. Brian L. Brown, Petitioner v. United States.**

565 U.S. 1132, 132 S. Ct. 1052, 181 L. Ed. 2d 772, 2012 U.S. LEXIS 355.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-7465. Aaron Ray Miller, Petitioner v. United States.**

565 U.S. 1132, 132 S. Ct. 1052, 181 L. Ed. 2d 772, 2012 U.S. LEXIS 325.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 437 Fed. Appx. 353.

**No. 11-7471. Marcus Knight, Petitioner v. United States.**

565 U.S. 1132, 132 S. Ct. 1052, 181 L. Ed. 2d 772, 2012 U.S. LEXIS 57.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 443 Fed. Appx. 537.

**No. 11-7472. Devin Edwards, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1132, 132 S. Ct. 1052, 181 L. Ed. 2d 772, 2012 U.S. LEXIS 62.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.